

**SO ORDERED.**
**SIGNED this 13th day of November, 2023**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

---

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

| | |
|---|---|
| **Austin Scott Bilbrey** | Case No. **3:23-30786-SHB** |
| **Rebecca Ann Bilbrey** | Chapter 7 |

Debtors.

### ORDER APPROVING SETTLEMENT

Ryan E. Jarrard, Trustee, moved the Court for authority to compromise a dispute between the Debtor and the Trustee. No objections were filed within the required notice period. Based upon the facts presented, the court is of the opinion that the settlement is in the best interests of the estate. The trustee may compromise the dispute with the debtor for $7,000 pursuant to the terms laid out in the underlying motion. The first payment of $6,000.00 shall be made within fifteen (15) days of the entry of this order, and the final payment of $1,000.00 shall be made no less than sixty (60) days of the entry of this order. The trustee shall immediately transfer the title of the 2015 Nissan Rogue to the Debtors.

###

APPROVED FOR ENTRY:


*/S/ Ryan E. Jarrard*
Ryan E. Jarrard, BPR No. 024525
**QUIST, FITZPATRICK & JARRARD, PLLC**
2121 First Tennessee Plaza
Knoxville, TN 37929-9711
Phone: 865-524-1873 ext. 222
rej@qcflaw.com